IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Revere Jr, John D

Printed: 9/3/08

Case Number: 08 B 00330
Judge: Hollis, Pamela S
Filed: 1/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: August 7, 2008
Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 62,142.82 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 39,557.39 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,200.00 |
| Trustee Fee: |  | 2,961.85 |
| Other Funds: |  | 16,423.58 |
| Totals: | 62,142.82 | 62,142.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,200.00 | 3,200.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 4,733.95 | 4,733.95 |
| 4. | Portfolio Recovery Associates | Unsecured | 28,205.24 | 28,205.24 |
| 5. | Chicago Municipal Employees CU | Unsecured | 6,618.20 | 6,618.20 |
| 6. | Playboy Subscriber Service | Unsecured |  | No Claim Filed |
| 7. | AT&T | Unsecured |  | No Claim Filed |
| 8. | UFCW | Unsecured |  | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 42,757.39 | $ 42,757.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| 6.5% | 2,913.25 |
|  | _____ |
|  | $ 2,961.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Revere Jr, John D | Case Number:  08 B 00330 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  1/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

